UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 31 2013

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DARYL T. SCHEETZ, | CIV. 13-4011 |
| Petitioner, | |
| -vs- | ORDER |
| DOUGLAS WEBER, Warden; and THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA; | |
| Respondents. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On May 29, 2013, Petitioner filed his response to the February 5, 2013 Opinion and Order. Rather than filing a substantive response, Petitioner correctly pointed out an error in the order. Accordingly, it is

ORDERED that:

1. Paragraph 2 on page 3 of the February 5, 2013 Opinion and Order is amended to read as follows: " . . . the parties shall file briefs, documentation, and/or other appropriate authority showing cause why **Scheetz's** federal habeas petition, filed January 28, 2013, should not be dismissed as untimely pursuant to 28 U.S.C. § 2244(d)(1).

2. Scheetz may have until June 14, 2013, to file a substantive responsive brief.

Dated this 31 day of May, 2013.

BY THE COURT:

John E. Simko
United States Magistrate Judge